In the Matter of the Estate of PETER A. C. M. SALM, an Infant.

LUDWIG C. SALM, Appellant; JOHN C. MYERS et al., as General Guardians, Respondents.

Argued March 7, 1940; decided April 9, 1940.

*Herman B. Goodstein, George Jacobs* and *George F. Brennan* for appellant.

*John Caldwell Myers, John F. Keating* and *John M. Whelan* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.